IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL STEPHENS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MARY CANINO, MICHAEL TROYAN** | : | |
| **and C.O. JOHN DOE** | : | **NO. 13-5729** |

## ORDER

**AND NOW**, this 26th day of November, 2014, upon consideration of the defendant Canino's Motion to Dismiss (Doc. No. 8) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

    1. The complaint is **DISMISSED**; and

    2. The plaintiff is granted leave to file an amended complaint if he elects to do so, no later than December 17, 2014.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.